UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| HENRY JORDAN,<br>  a/k/a Henry Jordan Broadwell,<br>  a/k/a Hank Jordan,<br>  a/k/a Douglas Henry Broadwell,<br><br>      Petitioner,<br><br>V.<br><br>SANDRA BUTLER, WARDEN,<br><br>      Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 6: 14-159-DCR<br><br><br><br><br><br><br><br>**JUDGMENT** |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Respondent Sandra Butler, Warden of the Federal Correctional Institution-Manchester in Manchester, Kentucky, with respect to all issues raised herein.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

This 2nd day of December, 2014.


Signed By:
*Danny C. Reeves* DCR
United States District Judge